# U.S. District Court
## Southern District of California (San Diego)
## CIVIL DOCKET FOR CASE #: 3:21–cv–00133–W–MSB

| | |
|---|---|
| Katz et al v. Shell Energy North America (US) LP | Date Filed: 01/22/2021 |
| Assigned to: Judge Thomas J. Whelan | Date Terminated: 04/23/2021 |
| Referred to: Magistrate Judge Michael S. Berg | Jury Demand: None |
| Cause: 47:0227 FCC–Unsolicited Telephone Sales | Nature of Suit: 890 Other Statutory Actions |
| | Jurisdiction: Federal Question |

| | |
|---|---|
| Early Neutral Evaluation Conference: | Settlement Conference: |
| Case Management Conference: | Settlement Disposition Conference: |
| Status Hearing: | Pretrial Conference: |
| Status Conference: | Final Pretrial Conference: |
| Mandatory Settlement Conference: | Trial Date: |

**Plaintiff**

**Samuel Katz**     represented by     **Ethan Mark Preston**
*individually and on behalf of all others similarly situated*

Preston Law Offices
4054 McKinney Avenue
Suite 310
Dallas, TX 75204
(972) 564–8340
Fax: (866) 509–1197
Email: ep@eplaw.us
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lynne Rhodes**     represented by     **Ethan Mark Preston**
*individually and on behalf of all others similarly situated*

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Shell Energy North America (US) LP**     represented by     **Ian Robert Feldman**
*a California corporation*

Clausen Miller
27285 Las Ramblas
Suite 200
Mission Viejo, CA 92614
(949) 260–3100
Fax: (949) 260–3190
Email: ifeldman@clausen.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/22/2021 | Ï 1 | MOTION TO ENFORCE OUT OF DISTRICT SUBPOENA against All Defendants ( Filing fee $ 49 receipt number ACASDC−15264891.), filed by Samuel Katz, Lynne Rhodes. (Attachments: # 1 Civil Cover Sheet, # 2 Memo of Points and Authorities, # 3 Declaration, # 4 Proof of Service)<br><br>The new case number is 3:21−cv−133−W−MSB. Judge Thomas J. Whelan and Magistrate Judge Michael S. Berg are assigned to the case.(mcb). (Incorrect fee paid, filing fee $ 402 Due, attorney notified) (rmc). (Entered: 01/22/2021) |
| 01/22/2021 | Ï 2 | MOTION to Enforce Out of District Subpoena Against Shell Energy North America (US), LP by Samuel Katz, Lynne Rhodes.The new case number is 3:21−cv−133−W−MSB. Judge Thomas J. Whelan and Magistrate Judge Michael S. Berg are assigned to the case (mcb) (rmc). (Entered: 01/22/2021) |
| 01/22/2021 | Ï 3 | Fee for Civil Case Opening: $ 402, receipt number ACASDC−15265830, Paid on 1/22/2021. (no document attached) (Preston, Ethan) (Entered: 01/22/2021) |
| 01/25/2021 | Ï 4 | ORDER Setting Briefing Schedule re 2 MOTION to Enforce Out of District Subpoena: Responses due by 2/26/2021. Replies due by 3/12/2021. Upon completion of the briefing, the Court will take the matter under submission and no personal appearances will be required. Signed by Magistrate Judge Michael S. Berg on 1/25/2021.(jdt) (Entered: 01/26/2021) |
| 02/25/2021 | Ï 5 | Joint MOTION to Continue *Shell Energy North America (US), LP's Deadline to Respond to the Motion* by Samuel Katz, Lynne Rhodes. (Attachments: # 1 Proposed Order)(Preston, Ethan). QC email: wrong event; proposed order. No refile. Modified on 2/26/2021 to correct event (jdt). (Entered: 02/25/2021) |
| 02/26/2021 | Ï 6 | NOTICE of Appearance by Ian Robert Feldman on behalf of Shell Energy North America (US) LP (Feldman, Ian)Attorney Ian Robert Feldman added to party Shell Energy North America (US) LP(pty:dft) (jdt). (Entered: 02/26/2021) |
| 02/26/2021 | Ï 7 | ORDER Granting Joint Motion to Continue (ECF No. 5 ). Any opposition to Plaintiffs' motion to compel (ECF No. 2 ) must be filed on or before 3/10/2021. Any reply must be filed on or before 3/26/2021. Upon completion of the briefing, the Court will take the matter under submission. Signed by Magistrate Judge Michael S. Berg on 2/26/2021. (jdt) (Entered: 02/26/2021) |
| 03/10/2021 | Ï 8 | RESPONSE in Opposition re 2 MOTION to Enforce Out of District Subpoena filed by Shell Energy North America (US) LP. (Attachments: # 1 Declaration of Ian Feldman, # 2 Request for Judicial Notice)(Feldman, Ian) (anh). (Entered: 03/10/2021) |
| 03/26/2021 | Ï 9 | REPLY to Response to Motion re 2 MOTION to Enforce Out of District Subpoena filed by Samuel Katz, Lynne Rhodes. (Preston, Ethan) (anh). (Entered: 03/26/2021) |
| 03/26/2021 | Ï 10 | REPLY to Response to Motion re 2 MOTION to Enforce Out of District Subpoena *Amended Response* filed by Samuel Katz, Lynne Rhodes. (Preston, Ethan) (anh). (Entered: 03/26/2021) |
| 04/19/2021 | Ï 11 | NOTICE of Change of Address by Ian Robert Feldman (Feldman, Ian) (jdt). (Entered: 04/19/2021) |
| 04/23/2021 | Ï 12 | Case transferred to District of District of Massachusetts. Files transferred electronically to: *District of District of Massachusetts*.*300 State Street, Room 1−120**Springfield, MA 01105*. Signed by Magistrate Judge Michael S. Berg on 4/23/2021. (Attachments: # 1 Order of Transfer) (jrm) (Attachment 1 replaced on 4/26/2021) (jrm). (Entered: 04/26/2021) |